O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON RAISER, | ) | CASE NO. EDCV 13-01995 RGK (RZ) |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CALIFORNIA HIGHWAY PATROL, ET AL., | ) ) ) | |
| Defendants. | ) ) | |

The Court has reviewed the file in this matter, and has read and reviewed the Second Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Report.

DATED: 11/4/14

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE